IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, <br>     Plaintiff, <br>   v. <br> STATE PARKWAY CONDOMINIUM ASSOCIATION; LIEBERMAN MANAGEMENT SERVICES, INC.; DONNA WEBER; MICHAEL J. NOVAK, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY FOR HIS MINOR CHILD T.N. AS PARENT AND NEXT FRIEND; and CHRISTINA BUGELAS NOVAK, <br>     Defendants. | Case No. 17-cv-3083 <br><br> District Judge: <br> Hon. Sharon Johnson Coleman <br><br> Magistrate Judge: <br> Hon. Jeffrey T. Gilbert |
| STATE PARKWAY CONDOMINIUM ASSOCIATION <br>     Counter-Plaintiff, <br>     Third-Party Plaintiff, <br>   v. <br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; HARLEYSVILLE LAKE STATES INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; and STRATHMORE INSURANCE COMPANY, <br>     Third-Party Defendants. | |

**STRATHMORE INSURANCE COMPANY'S LOCAL RULE 3.2 AND
FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Strathmore Insurance Company ("Strathmore"), by and through its attorney, David J. E. Roe, for its Disclosure Statement pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

1. Strathmore Insurance Company, a New York corporation, is a wholly-owned subsidiary of Greater New York Mutual Insurance Company.

2. Greater New York Mutual Insurance Company, a New York corporation, has no publicly held affiliates.

1

3. Greater New York Mutual Insurance Company, a New York corporation, has no parent corporation or any publicly held corporation owning 10% or more of its stock

STRATHMORE INSURANCE COMPANY

**By: /s/ David J. E. Roe**
David J. E. Roe
Attorney for Strathmore Insurance Company
1699 Wall Street, Suite 104
Mount Prospect, IL 60056
Telephone: (312) 948-4080
Facsimile: (866) 402-4532
Email: DRoe@RoeLegal.com

**CERTIFICATE OF SERVICE**

I, an attorney, certify that on January 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system
.

**/s/ David J. E. Roe**