**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>                  Plaintiffs,<br><br>v.<br><br>STATE PARKWAY CONDOMINIUM ASSOCIATION, et al.,<br><br>                  Defendants.<br>_____<br>STATE PARKWAY CONDOMINIUM ASSOCIATION,<br><br>                  Third-Party Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>                  Third-Party Defendants.<br>_____<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                  Counter-Plaintiff and<br>                  Fourth-Party Plaintiff,<br><br>v.<br><br>STATE PARKWAY CONDOMINIUM ASSOCIATION, LIEBERMAN MANAGEMENT SERVICES, INC, AND DONNA WEBER,<br><br>                  Counter-Defendant and<br>                  Fourth-Party Defendants. | Case No. 17-CV-3083<br><br>District Judge:<br>Hon. Sharon Johnson Coleman<br><br>Magistrate Judge:<br>Hon. Jeffrey T. Gilbert |

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S
LOCAL RULE 3.2 NOTIFICATION OF AFFILLIATES AND
FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Third-Party Defendant, Counter-Plaintiff and Fourth-Party Plaintiff Travelers Casualty and Surety Company of America, for its Notification of Affiliates pursuant to Local Rule 3.2 and its Disclosure Statement pursuant to FRCP 7.1, states as follows:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: January 23, 2018

Respectfully submitted,

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

By: */s/ Christopher J. Bannon*
Christopher J. Bannon
Mark A. Swantek
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue, Suite 1700
Chicago, IL 60611
(312) 755-3175
(312) 222-6375
cbannon@agdglaw.com
mswantek@agdglaw.com

# **CERTIFICATE OF SERVICE**

     I hereby certify that on January 23, 2018, I electronically filed this Corporate Disclosure Statement with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filings to all counsel of record.

                                    /s/ *Christopher J. Bannon*