3036112 - SLM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE PARKWAY CONDOMINIUM ASSOCIATION; )<br>LIEBERMAN MANAGEMENT SERVICES, INC.; )<br>DONNA WEBER; MICHAEL J. NOVAK, )<br>INDIVIDUALLY AND IN HIS REPRESENTATIVE )<br>CAPACITY FOR HIS MINOR CHILD T.N. AS )<br>PARENT AND NEXT FRIEND; and )<br>CHRISTINA BUGELAS NOVAK, )<br>)<br>)<br>Defendants. )<br>_____ )<br>STATE PARKWAY CONDOMINIUM ASSOCIATION, )<br>)<br>Counter-Plaintiff, )<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY AND SURETY COMPANY )<br>OF AMERICA; AMERICAN INTERNATIONAL )<br>SPECIALTY LINES INSURANCE COMPANY; )<br>HARLEYSVILLE LAKE STATES INSURANCE )<br>COMPANY; STEADFAST INSURANCE COMPANY; )<br>and STRATHMORE INSURANCE COMPANY, )<br>)<br>Third-Party Defendants. ) | Case No: 17-cv-3083 |

## NOTICE OF MOTION

TO:    All Counsel of Record via the Courts CM/ECF system.

**PLEASE TAKE NOTICE** that on **January 30, 2018** at **8:45 a.m**., I shall appear before the Honorable Judge Sharon Johnson Coleman in Courtroom 1425 at the United States District Court, Northern District of Illinois, and then and there present, Agreed Motion for Extension of Time for Third-Party Defendant Harleysville Lake States Insurance Company to Respond to State Parkway Condominium Association's Third-Party Complaint copies of which are attached hereto and herewith served upon you.

By: */s/ Sulema L. Medrano*
Attorney for Third-Party Defendant
Sulema L. Medrano (ARDC # 6299490)
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 Fax
smedrano@salawus.com

**CERTIFICATE OF SERVICE**

I, an attorney, certify that on **January 24, 2018**, I electronically filed foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system.

By: *s/ Sulema L. Medrano*
Sulema Medrano (ARDC # 6299490)
Attorney for Defendant
SMITHAMUNDSEN LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3200 – Ph.
(312) 894-3210 - Fax