UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Great American Insurance Company, et al.
                          Plaintiff,

v.                                                Case No.: 1:17–cv–03083

                                                Honorable Sharon Johnson Coleman

State Parkway Condominium Association, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Third Party Defendant Defendant Harleysville Lake States Insurance Company's agreed motion for extension of time to answer or otherwise plead to State Parkway Condominium Association';s third party complaint [66] is granted. Responsive pleading due by 2/28/2018. No appearance necessary on 1/30/2018. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.